■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN BENTON, Appellant. [877 NYS2d 714]—Appeal from a judg-

ment of the Niagara County Court (Sara S. Sperrazza, J.), rendered April 4, 2008. The judgment convicted defendant, upon his plea of guilty, of attempted criminal sexual act in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Centra, Fahey, Carni and Gorski, JJ.